# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL RUIZ, | CASE NO. 06cv1270 JM(RBB) |
| Plaintiff, | ORDER DENYING MOTION TO SEAL |
| vs. | |
| CAPTAIN ESQUIBEL, et al., | |
| Defendant. | |

On or about June 6, 2006 Plaintiff filed a complaint pursuant to the Civil Rights Act accompanied by a motion to seal the complaint ("Motion"). Plaintiff seeks to seal the complaint on the grounds that he has "rights regarding personal information . . . as well as an interest in his personal safety." (Motion at p.1:19-22). Besides these generalized claims to privacy and safety, Plaintiff fails to articulate how is safety or privacy is threatened if the complaint is made part of the public record.

The first amendment recognizes a general right to inspect and copy public records and documents, including judicial documents and records. See Nixon v. Wagner Communications, 435 U.S. 589, 597 (1978). In order to place a document under seal, a party must set forth specific substantiated reasons for placing documents under seal. A generalized claim, like that made by Plaintiff here, is insufficient to warrant the placement of documents under seal.

///

///

1      In sum, the motion to place the complaint under seal as well as all other subsequent filings is denied without prejudice, subject to a further showing.

**IT IS SO ORDERED.**

DATED: September 5, 2006

                                              Hon. Jeffrey T. Miller
                                              United States District Judge

cc:    All parties